**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 330 MAL 2017

              Respondent           :

                                  :   Petition for Allowance of Appeal from
                                  :   the Order of the Superior Court
              v.                     :

RANDY MARKLAND,               :

              Petitioner             :

## ORDER

**PER CURIAM**

      **AND NOW**, this 27th day of September, 2017, the Petition for Allowance of Appeal is **DENIED**.